IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANGELO IP, LLC )<br>      Plaintiff, )<br>   )<br>v. )<br>   )<br>HAMMACHER SCHLEMMER & )<br>  COMPANY, INC. )<br>      Defendant. )<br>   ) | Civil Action No. 1:18-cv-1711-WHP |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including April 23, 2018. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their client, and consider an appropriate response. No party will be prejudiced by this brief extension.

Dated:  March 19, 2018         STAMOULIS & WEINBLATT LLC

                                    */s/ Stamatios Stamoulis*
                                    Stamatios Stamoulis (admitted S.D.N.Y.)
                                    Two Fox Point Centre
                                    6 Denny Road, Suite 307
                                    Wilmington, DE 19809
                                    Telephone:  (302) 999-1540
                                    Facsimile:  (302) 762-1688
                                    stamoulis@swdelaw.com

                                    *Attorneys for Plaintiff*
                                    *Tangelo IP, LLC*

**SO ORDERED**, this _____ day of _____, 2018.

                                    _____
                                    Judge - United States District Court